**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**OFFICE OF THE CLERK**
**800 FRANKLIN AVE., ROOM 380**
**WACO, TX  76701**

JEANNETTE J. CLACK
CLERK OF COURT

PHILIP J. DEVLIN
CHIEF DEPUTY

**July 6, 2021**

Sean T. O'Kelly
George Pazuniak
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, Delaware 19801

Re: Civil Case No. 6:21-cv-00330 – SecurityProfiling, LLC v. Trend Micro Incorporated

Our records indicate that you are not admitted to practice in this Court.  Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

**You were included as an attorney of record on a filing in the above-named cause.** If you are representing a party, please submit a motion requesting the Court's permission to appear *in the above captioned case*. (Pro hac vice admission is on a per-case basis. Previous pro hac admission will not apply to future cases.) If you wish to file an application to be fully admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov.  If you are an attorney who maintains his or her office outside of the Western District of Texas, the judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions concerning this matter, please contact our office.

Sincerely,

L Diaz

Deputy Clerk