UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

SecurityProfiling, LLC

vs.

Trend Micro Incorporated

Case No.: 6:21-cv-00330

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Thomas F. Meagher, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent SecurityProfiling, LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Meagher Emanuel Laks Goldberg & Liao, LLP with offices at:

    Mailing address: One Palmer Square, Suite 325

    City, State, Zip Code: Princeton, NJ 08542

    Telephone: 609-454-3500 x301   Facsimile: 609-454-3957

2. Since 6/16/83, Applicant has been and presently is a member of and in good standing with the Bar of the State of New Jersey. Applicant's bar license number is 007741983.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| New Jersey | 6/16/83 |
| New York | 10/26/88 |
| Pennsylvania | 7/26/10 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [ ] have [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Chris Joe

Mailing address: Buether Joe & Counselors, LLC, 1700 Pacific - Suite 4750

City, State, Zip Code: Dallas, Texas 75201

Telephone: 214-466-1272

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Thomas F. Meagher to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Thomas F. Meagher
[printed name of Applicant]

_[signature]_
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 7th day of July, 2021.

Thomas F. Meagher
[printed name of Applicant]

_[signature]_
[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

SecurityProfiling, LLC

vs.                                         Case No.: 6:21-cv-00330

Trend Micro Incorporated

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Thomas F. Meagher, counsel for SecurityProfiling, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Thomas F. Meagher may appear on behalf of SecurityProfiling, LLC in the above case.

IT IS FURTHER ORDERED that Thomas F. Meagher, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the 7th day of July, 20 21.

_____
UNITED STATES DISTRICT JUDGE